ACCEPTED
05-15-00663-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/29/2015 12:00:00 AM
LISA MATZ
CLERK

No. 05-15-00663-CV

| | | | |
|---|---|---|---|
| In the Interest of | § | In the Court of Appeals | FILED IN<br>5th COURT OF APPEALS<br>DALLAS, TEXAS |

6/29/2015 10:06:00 AM

A.H., I.H., and A-C.H.,          §          For the Fifth District          LISA MATZ<br>Clerk

Children          §          of Texas at Dallas

On Appeal From The 304th Judicial District Court
Of Dallas County, Texas In Cause No. 14-765-W

**Motion To Withdraw As Appointed Counsel On Appeal**

Comes Now, April E. Smith, court-appointed attorney for appellant and moves the Court to allow her to withdraw as counsel of record for appellant in the above appeal and, in support thereof, would show:

Counsel has thoroughly and conscientiously reviewed the record and the law applicable thereto and concluded the appeal is wholly without merit and frivolous. Filed contemporaneously with this motion is an *Anders* brief. Attached to this motion as Exhibit A is a copy of the letter counsel sent to appellant by regular and certified mail return receipt requested, advising her of her rights. Included in the letter was a pro se Motion for Access to the Appellate Record with instruction for filing with this

1

Court.

Wherefore, premises considered, Movant, April E. Smith, prays the Court grant her motion and that she be allowed to withdraw from further representation in the above appeal.

Respectfully submitted,

/s/ April E. Smith
State Bar No. 18532800
P.O. Box 870550
Mesquite, TX   75187-0550
972-613-5751
972-686-4714 (Fax)
april@aesmithlaw.com

**Certificate of Service**

I hereby certify that a copy of the foregoing has been e-served on June 28, 2015 on:

Susan Hawk, Dallas County Criminal District Attorney
133 N. Riverfront Blvd., LB-19,
Dallas, Texas 75207-4399
by serving Lori Ordiway, Chief of the Appellate Division at lori.ordiway@dallascounty.org;

Holly Schreier, Attorney for the Children at holly@fwfamilylaw.com; and

Frank Adler, Attorney for Father on appeal at frankadlerlaw@gmail.com.

/s/ April E. Smith

## Certificate of Conference

A conference was held on June 28, 2015, with Lori Ordiway, counsel for TDFPS, on the merits of this motion and TDFPS does not oppose this motion.

A conference was held on June 28, 2015, with Holly Schreier, counsel for the children, on the merits of this motion and she does not oppose this motion.

A conference was held on June 28, 2015, with Frank Adler, counsel for Father on appeal, on the merits of this motion and he does not oppose this motion.


/s/ April E. Smith

**April E. Smith**
Attorney at Law
P.O. Box 870550
Mesquite, TX 75187-0550
972-613-5751

June 28, 2015

Frances Hunt
2125 Anderson St.
Irving, TX  75062-4256

RE:     In the Interest of S.H., A Child
        Cause No(s):  14-765-W
        Appellate Cause No(s): 05-15-00663-CV

Dear Frances:

Before raising a point of error on appeal, I must have a good faith belief that such error does in fact exist.  I have thoroughly reviewed the record in your appeal, and, unfortunately, I am not able to find any such error.  Because I do not have a good faith belief that any error exists in your appeal, I have filed a motion to withdraw as your appellate counsel and, along with it, a brief supporting my motion.  The brief explains my efforts to find error in your appeal.  By filing the motion to withdraw and brief supporting the motion, I am meeting my duties to you and to the appellate court in accordance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1966).  I have enclosed with this letter copies of my motion and the brief I filed in support of the motion.  I have filed both the motion and the brief in the appellate court.

When an appointed appellate counsel, such as myself, concludes an appeal has no merit and files a motion to withdraw, such as I have done, the client is entitled, under the law, to review the Reporter's Record and the Clerk's Record and to file his own response, which is referred to as a *pro*

*se* response.

If the Court of Appeals also determines the case if frivolous, you have the right to file a Petition for Discretionary Review with the Supreme Court of Texas.

If you desire to review the appellate record, I have attached a motion to file in the appellate court requesting you be allowed access to the record. You must file this document with the Court of Appeals immediately (within 10 days). The address for the Court is: Fifth Court of Appeals, 600 Commerce Street, Suite 200, Dallas, TX 75202-6631.

I wish you the best of luck.

Sincerely,


April E. Smith